NO. 5-14-00376-CR

In The

Court of CRIMINAL ADDEALS
AusTIN. TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

Fredrick Carson
VS
STATE oF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

FroM ADPeal NO.5-14-00376-CR
Tvial Cause No F-1354167-P
Dallas CouNTY

FIRST MUTiON FoR EXTISNSIoN oF TiME To FILE

PETiTiON FoR DiSCETIONARY REVIEW

To The HonoDable JudGE oF the CourT oF CRIMinAL
APPEAL:

COMES NOW Fredrick Carson , Petitioner. And files
this motion for an extention of sixta (60) days in which
a Petition for Dascretionarul Review. And In Support of
this motion, Petetioner shows the Court the following:

1

## I.

The petitioner was Convicted In the 203ᴿᴰ Judicial District Court of Dallas County, Texas of the offense Capital Murder In Cause NO. ~~5-14-00376-CR~~ E-1354167-P, Styled State of Texas V. Fredrick Carson. The Petitioner appealed to the Fifth District of Texas at Dallas In Appeal NO. 5-14-00376-CR. The Appeals Court Concurred, and affirmed the Conviction. [ June 8, 2015 ]

## II.

The presence deadline for filing a petition for Discretionary Review is July 8th, 2015. The Petitioner has not requested any extension prior to this motion. But does so now pursuant to Rule 68.2 (c) of the Texas Rules of Appellate Procedure. WhereIN, The Court of Criminal Appeals may extend to file a petition for Discretionary Review "IF" a Part files a motion Complying with Rule 10.5 (b), no later than 15 days after the last day for filing the petition.

## III.

The petitioner's request for this extension is based upon the following facts; (1) From July 2nd to July 24th, the James V. Allred Unit will be ~~was~~ on lock down, With limited movement and NO law Library time allowed; (2) Petitioner needs time to file PDR "Pro Se".

2

## Prayer

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing this Petitioner for Discretionary Review In Case NO. F-1354167-P to, ~~August 29th~~ september 4th, 2015.

Respectfully Submitted,

Fredrick Carson

Mr. Fredrick Carson

Petitioner, pro se

TDCJ-ID #1919881

James V. Allred Unit

2101 Fm 369 North

Iowa Park, Tx 76367

## Sworn Declaration

I, Fredrick Carson, TDCJ #1919881, being presently Incarcerated at the James V. Allred Unit of the Texas Department of Criminal Justice In Wichita, County, Texas, Verify & declare under penalty of perjury that the forgoing Statements are both true and Correct, And Offered In good faith.

Executed on the 24 day of June, 2015

CC: Fredrick Carson

Fredrick Carson

Fredrick Carson          3